

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2018

No. 04-18-00667-CV

**IN RE** John B. **URBAHNS**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Irene Rios, Justice

Relator's motion to stay is DENIED AS MOOT.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This Proceeding arises of Cause No. 2017CI22479, styled *LSREF2 Cobalt (TX), LLC v. 410 Centre, LLC and John B. Urbahns*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonio Arteaga Presiding.